IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FINAL COLTER,                          :

    Plaintiff,                        :

v.                                     :

                         Civil Action No. GLR-13-3490

MIDLAND CREDIT                         :
MANAGEMENT INC., et al.,
                                       :
    Defendants.
                                       :

**ORDER**

On February 11, 2014, a conditional transfer order was filed in this matter.  Accordingly, it is this 12th day of February, 2014, hereby

OREDERED that the case be ADMINISTRATIVELY CLOSED subject to being reopened by either party pending the transfer of this matter to another jurisdiction.

/s/
_____
George L. Russell, III
United States District Judge